858

No. 26, Misc. JACKSON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 82, Misc. MEDLEY *v.* WARDEN, MARYLAND HOUSE OF CORRECTION, ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 97, Misc. BINGHAM *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 100, Misc. FARLEY *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. *Jennings P. Felix* for petitioner.

No. 115, Misc. MADDOX *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 141, Misc. FORREST *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 136, Misc. WASHINGTON ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied.

No. 143, Misc. SNEED ET AL. *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 152, Misc. MILLS *v.* LEVINE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Emmett Leo Sheehan* and *Landon Gerald*